UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOSCO, EMANUEL JOHN § Case No. 08-33356
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF COURT
        219 S. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/17/2012 in Courtroom 4016,
        DuPage Judicial Center
        505 N. County Farm Road
        Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/05/2012          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSCO, EMANUEL JOHN § Case No. 08-33356
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 220,097.41 |
| and approved disbursements of | $ | 204,674.64 |
| leaving a balance on hand of[1] | $ | 15,422.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,306.84 | $ 0.00 | $ 2,306.84 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 49.72 | $ 0.00 | $ 49.72 |

Total to be paid for chapter 7 administrative expenses       $       2,356.56
Remaining Balance                                             $      13,066.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 584,462.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Arbitration Assoc. | $ 1,615.00 | $ 0.00 | $ 36.10 |
| 000002 | Kite Silver Glen, LLC | $ 104,275.34 | $ 0.00 | $ 2,331.17 |
| 5 | eCAST Settlement Corp | $ 5,311.62 | $ 0.00 | $ 118.75 |
| 6 | Chase Bank USA | $ 5,649.98 | $ 0.00 | $ 126.31 |
| 7 | Life is Good | $ 4,370.30 | $ 0.00 | $ 97.70 |
| 8 | Lenox | $ 26,261.22 | $ 0.00 | $ 587.10 |
| 9 | Cby Styles Inc. | $ 422.61 | $ 0.00 | $ 9.45 |
| 10 | Transpac | $ 421.48 | $ 0.00 | $ 9.43 |
| 11 | Lang | $ 223.52 | $ 0.00 | $ 5.00 |
| 12 | Park Design | $ 541.28 | $ 0.00 | $ 12.10 |
| 13 | Kite Silver Glen LLC | $ 359,477.08 | $ 0.00 | $ 8,036.45 |
| 14 | Lenox Group Inc. /Dept 56 | $ 29,253.02 | $ 0.00 | $ 653.98 |
| 15 | Fia Card Services/Bank of America | $ 35,954.41 | $ 0.00 | $ 803.80 |
| 16 | Ganz | $ 8,751.18 | $ 0.00 | $ 195.64 |
| 17 | Demdaco | $ 240.39 | $ 0.00 | $ 5.37 |
| 18 | Nicor Gas | $ 135.62 | $ 0.00 | $ 3.03 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Amscan | $ 1,558.09 | $ 0.00 | $ 34.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,066.21 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/Brenda Porter Helms
                        Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 08-33356-DRC
Emanuel John Bosco                                                      Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: csimmons              Page 1 of 4          Date Rcvd: Jul 06, 2012
                              Form ID: pdf006             Total Noticed: 109


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2012.
db           #+Emanuel John Bosco,    128 Alsace Ct.,    Bloomingdale, IL 60108-2545
12935807     #+AT&T,    PO Box 8100,    Aurora, IL 60507-8100
12935799      +Abc Amega,    1100 Main St,    Buffalo, NY 14209-2308
12935800      +Accounts Receivable Mgt,    4847 Hopyard,    Suite 4113,    Pleasanton, ca 94588-3360
12935801      +Actionbag,    1001 Entry Drive,    Bensenville, IL 60106-3314
12935802      +Allied Interstate,    PO Box 369008,    Colombus, OH 43236-9008
12935803      +American Arbitration Assoc.,    1633 Broadway 10th Floor,    New York, NY 10019-6708
12935805      +Amscan,    80 Grasslands Road,    Elmsford, NY 10523-1100
12935806      +Aromatique Inc,    Po Box 6000,    Herber Springs, AK 72543-6000
12935809      +Atwell Curtis And Brooks Ltd,    204 Stonehinge Lane,    Carle Place, ny 11514-1718
12935810      +Bank Of America,    Po Box 15726,    Willmington, DE 19886-5726
12935812       Beneficial National Bank,    P O Box 15518,    Wilmington, DE 19850-5518
12935813      +Biehl & Biehl,    Po Box 87410,    Carol Sream, IL 60188-7410
12935814      +Bilateral Credit Corp,    141 West 28th Street,    New York, ny 10001-6115
12935815       Boston Warehouse,    Norwood, MA 60177
12935816      +Bouquet And Company,    Po Box 200,    Kellogg, MN 55945-0200
12935817      +Brown & Joseph,    Po Box 59838,    Schaumburg, il 60159-0838
12935819      +Byrd Cookie Company,    6700 Waters Ave,    Savannah, GA 31406-2718
12935835     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    Po Box 9001921,    Louisville, KY 40290)
12935820      +Caffco,    Po Box 3508,    Montgomery, AL 36109-0508
12935821      +Cape Code Polish Company,    348 Hokum Rock Rd Po Box 2039,    Dennis, MA 02638-5039
12935822       Capital One Bank,    Pox 5294,    Carol Stream, IL 60197
12935825      +Cardmember Sercive,    Po Box 15153,    Willmington, DE 19886-5153
12935824      +Cardmember Sercive,    Po Box 15153,    Willmington, DE 19850-5153
12935828      +Cbk Styles Inc,    Po Box 143,    Union City, TN 38281-0143
12935829      +Century Marketing,    12836 S Dixie Highway,    Bowling Green, OH 43402-9230
12935830      +Certified International,    23383 Network Place,    Chicago, IL 60673-1233
12935831       Chase,    P O Box 15298,    Wilmington, DE 19850-5298
15047464       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12935837      +City Cards,    Po Box 688906,    Des Moines, IA 50368-8906
12935838      +Citybusiness Card,    Po Box 688910,    Des Moines, IA 50368-8910
12935840     #+Coface Collections Noth America Inc,    Po Box 8510,    Metairie, La 70011-8510
12935841      +Commercial Collectors Inc,    Po Bos 337,    Montrose, mn 55363-0337
12935843       Crossroads Original Design,    Po Box 1349,    Bucyrus, OH 44820
12935844      +Delgado Brothers,    647 E 59th St,    Los Angeles, CA 90001-1001
12935845      +Demdaco,    Po Box 803314,    Kansas City, MO 64180-3314
12935846      +Dept 56,    Po Box 915,    Minneapolis, MN 55440-0915
12935847      +Diversified Transportation Services,    19829 Hamilton Ave,    Torrance, CA 90502-1341
12935849      +Evergreen Enterprises Inc,    5915 Midlothian Turnpike,    Richmond, VA 23225-5917
12935850      +Fed-Ex,    Po Box 94515,    Palatine, IL 60094-4515
12935851      +Fenton,    700 Elezabeth St,    Williamstown, WV 26187-1049
12935852      +First American Bank,    P O Box 794,    Elk Grove Village, IL 60009-0794
12935854      +Gallery Marketing,    Po Box 840,    Morton Grove, IL 60053-0840
12935856      +Giftcraft Ltd.,    351 Lang Blvd,    Grand Island, NY 14072-3123
12935857      +Global Amici,    8400 Mirmar Rd #130,    San Diago, CA 92126-6332
12935858      +Gourmet Village,    Po Box 1070,    Charlotte, NC 28201-1070
12935859       Highland Graphics,    20 Evergreen Dr,    Springfield, TN 37172
12935860      +History And Heraldry,    4001 Nw 124th Ave,    Coral Springs, FL 33065-2405
12935861      +Homeart,    15041 A Bake Pkwy,    Ievine, CA 92618-2539
12935862      +Honey And Me,    3301 Hancel Cr,    Mooresville, IN 46158-8205
12935863       Household Bank,    12447 SW 69th Ave.,    Attn: Dispute Processing,    Tigard, OR 97223-8517
12935864      +Hsbc Cardservice,    Po Box 37281,    Baltimore, MD 21297-3281
12935865      +International Credit,    PO Box 48439,    Minneapolis, MN 55448-0439
12935866      +Isabel Bloom Llc,    736 Federal Street Suite 2100,    Davenport, IA 52803-5751
12935867      +Jmh & Associates,    Po Box 56801,    Sherman Oaks, ca 91413-1801
12935868      +Johnson, Morgan & White,    6800 Broken Sound Pkwy.,    Boca Raton, FL 33487-5709
12935869      +Jordan Patke,    300 Village Green Dr Suite 210,    Lincolnshire, IL 60069-3090
12935870      +Kite Realty,    30 S Meridian St. Suite 1100,    Indianapolis, IN 46204-3565
13664972      +Kite Silver Glen, LLC,    30 S Meridian St #1100,    Indianapolis, IN 46204-3565
12935871      +Lang,    c/o: Perfect Timing,    Po Box 1605,    Waukesha, WI 53187-1605
12935872      +Lathrop & Gage,    Franklin Square Suite 1050 East,    1300 Eye Stree Nw,
                Washington D.c 20005-3314
12935873      +Leegin,    14022 Nelson Ave,    City Of Industry, CA 91746-2638
12935874      +Lenox,    Po Box 930548,    Atlanta, GA 31193-0548
15338413      +Lenox Group Inc., / Department 56,    c/o McMahan & Sigunick, Ltd.,    412 S. Wells St., 6th Fl.,
                Chicago, IL 60607-3972
12935875      +Life Is Good,    15 Hudson Park Dr,    Hudson, NH 03051-3989
12935876       Lifeguard Press,    1015,    Bowling Green, KY 42101
12935877      +Lladro,    1 Lladro Drice,    Moonachie, NJ 07074-1097
12935878      +Lyon Collection Services,    330 7th Ave,    New York, ny 10001-5010
12935881      +Marquis Publishing,    3651 Peachtree Pkwy #e421,    Suwanee, GA 30024-6034
12935882      +Matrix,    PO Box 660780,    Dallas, TX 75266-0780
12935883      +Mcmahan & Sigunick Ltd,    412 S. Wells St 6th Floor,    Chicago, il 60607-3972
```

```
District/off: 0752-1           User: csimmons              Page 2 of 4                   Date Rcvd: Jul 06, 2012
                               Form ID: pdf006             Total Noticed: 109

12935884      +Mud Pie,    120 Royal Woods Ct Suite A,    Tucker, GA 30084-1873
12935886      +NEF Capital,    PO Box 199,    Allentown, NH 03275-0199
12935888      +Nora Fleming,    3 Grant Square,    Hindsdale, IL 60521-3351
12935890      +Northewst News Group,    Po Box 250,    Crystal Lake, IL 60039-0250
12935891      +Olympic Signs,    Po Box 1303,    Bedford Park, IL 60499-1303
12935892      +Park Design,    Po Box 10038,    Goldsboro, NC 27532-0038
12935893      +Pearlesssence,    Po Box 72554,    Cleveland, OH 44192-0002
12935894      +Pictura,    Po Box 2058,    West Paterson, NJ 07424-7058
12935895      +Raz Imports,    1020 Eden Rd,    Arlington, TX 76001-7885
12935896      +Receivable Mgt Svce,    4836 Brecksville Rd,    Po Box 523,    Richfield, oh 44286-0523
12935897      +Repair Service Electric,    343 S Lively Blvd,    Elk Grove, IL 60007-2009
12935898      +Rhapsody Candles And Gifts,    58 Alco Place,    Baltimore, MD 21227-2004
12935900      +Roman,    1131 Paysphere Ct,    Chicago, IL 60674-0011
12935903      +STRATFORD SQUARE LTD PARTNERSHIP,    c/o STRATFORD SQUARE,    P.O. BOX   93277,
                CHICAGO IL 60673-3277
12935904      +Stuart Allan & Assoc,    5447 E 5th St,    Suite 110,    Tucson, az 85711-2345
12935905       Suburban Chicago Newspaper,    3101 Route 30,    Plainfield, IL 60544
12935908      +TAUBMAN CO.,    200 E. LONG LAKE RD #300,    P.O. BOX 200,    BLOOMFIELD HILLS, MI 48303-0200
12935910    ++++THOMAS KINKADE COMPANY,     900 LIGHTPOST WAY,    MORGAN HILL CA 95037-2869
                (address filed with court:  Thomas Kinkade Company,     900 Lightpost Way,    Morgan Hill, CA 95037)
13841561      +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,
                200 East Long Lake Road, Suite 300,    Bloomfield Hills, MI 48304-2324
12935912      +Transpac,    1050 Piper Drive,    Vacaville, CA 95688-8709
12935913      +Vera Brdley,    2208 Production Rd,    Fort Wayne, IN 46808-3660
12935914      +Village of South Elgin,    10 N. Water St.,    South Elgin, IL 60177-1695
12935915      +Vintage Verandah,    Po Box 1000 Dept #316,    Memphis, TN 38148-0001
12935916      +Viva Enterprises,    3005 Commercial Ave,    Northbrook, IL 60062-1912
12935917      +Waste Management,    1411 Opus Pl,    Downers Grove, IL 60515-1481
12935918      +Wind And Willow,    Po Box 191,    Mt. Vernon, MO 65712-0191
12935919      +Woterford Wedgwood Inv,    Po Box 8500,    Philadelphia, PA 19178-8500
15022996       eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
                Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12935842      +E-mail/Text: legalcollections@comed.com Jul 07 2012 00:27:05      Commonwealth Edison,
                Bill Payment Center,    Chicago, IL 60668-0001
12935848      +E-mail/Text: collector@dupageco.org Jul 07 2012 00:30:19      Dupage County Collector,
                Po Box 4203,    Carol Stream, IL 60197-4203
15425618       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2012 00:50:07
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
12935855      +E-mail/Text: carolb@ganz.com Jul 07 2012 00:51:26      Ganz,    60 Industrial Pkwy #043,
                Cheektowaga, NY 14227-2774
12935885      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 07 2012 01:23:50      Nco Financial Sys,
                507 Prudential Rd,    Horsham, pa 19044-2368
12935887      +E-mail/Text: bankrup@nicor.com Jul 07 2012 00:23:38      Nicor,    PO Box 0632,
                Aurora, IL 60507-0632
15442148      +E-mail/Text: bankrup@nicor.com Jul 07 2012 00:23:38      Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
12935889      +E-mail/Text: bnc@nordstrom.com Jul 07 2012 00:24:31      Nordstrom Bank,    Po Box 79137,
                Phoenix, AZ 85062-9137
12935899      +E-mail/Text: bankruptcynotice@rbhnet.com Jul 07 2012 00:28:38      Ricardo Beverly Hills,
                15915 Canary Ave,    La Mirada, CA 90638-5506
12935907      +E-mail/Text: mbenator@taramaterials.com Jul 07 2012 00:29:43      Tara Materials Inc,    Po Box 646,
                Lawerenceville, GA 30046-0646
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12935804       Americredit
12935808*     +AT&T,    PO Box 8100,    Aurora, IL 60507-8100
12935811*     +Bank Of America,    Po Box 15726,    Willmington, DE 19886-5726
12935823*      Capital One Bank,    Pox 5294,    Carol Stream, IL 60197
12935826*     +Cardmember Sercive,    Po Box 15153,    Willmington, DE 19886-5153
12935827*     +Cardmember Sercive,    Po Box 15153,    Willmington, DE 19886-5153
12935832*      Chase,    P O Box 15298,    Wilmington, DE 19850-5298
12935833*      Chase,    P O Box 15298,    Wilmington, DE. 19850-5298
12935834*      Chase,    P O Box 15298,    Wilmington, DE.19850-5298
12935853*     +First American Bank,    P O Box 794,    Elk Grove Village, IL 60009-0794
13841562*     +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,
                200 East Long Lake Road, Suite 300,    Bloomfield Hills, MI 48304-2324
12935818     ##+Butler Robbins & White,    5701 Pine Island Road,    Suite 360,    Ft. Lauderdale, fl 33321-4400
12935836      ##CITIMORTGAGE,    P O Box 9438,    Gaotjerburg, MD 20898-9438
12935839     ##+Clovis & Roche,    Po Box 1164,    Metairine, la 70004-1164
12935879     ##+Madison & Mitchell,    7310 W. Mcnab Road #107,    Tamarac, fl 33321-5327
12935880     ##+Magnolia Lane,    4455 Galen Cove,    Birmingham, LA 35242-7460
12935901     ##+Ryan Bosco,    329 Clubhouse Dr.,    Bloomingdale, IL 60108-3024
12935902     ##+Sassy Woods,    21317 S. 154th St.,    Gilbert, AZ 85298-0294
12935906     ##+Suburban Packing,    440 Country Club Dr,    Bensenville, IL 60106-1507
12935909     ##+The Boyds Collection Ltd,    350 South St,    Mcsherrystown, PA 17344-1700
12935911     ##+Tht Designs,    10917 Harry Watanabe Pkwy,    Omaha, NE 68128-5708
```

```
District/off: 0752-1           User: csimmons              Page 3 of 4                    Date Rcvd: Jul 06, 2012
                               Form ID: pdf006             Total Noticed: 109
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 1, * 10, ## 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2012**                         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 4 of 4                  Date Rcvd: Jul 06, 2012
                              Form ID: pdf006             Total Noticed: 109
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2012 at the address(es) listed below:

```
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com,
               aconway@taubman.com
              Brenda Porter Helms    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              David P Leibowitz    on behalf of Debtor Emanuel Bosco dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Martin D. Tasch    on behalf of Creditor   First American Bank c/o Martin D Tasch
               mtasch@taschlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```