# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
BOSCO, EMANUEL JOHN § Case No. 08-33356
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-33356 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | | Date Filed (f) or Converted (c): | 12/05/08 (f) |
| | | | | 341(a) Meeting Date: | 01/06/09 |
| For Period Ending: 07/23/12 | | | | Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 268,000.00 | 0.00 | | 220,089.03 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.50 | Unknown |
| 3. REAL PROPERTY | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1993 FORD | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 1998 WAVE RUNNER | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. PONTOON BOAT | 250.00 | 0.00 | DA | 0.00 | FA |
| 10. LAPTOP COMPUTER | 400.00 | 0.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $593,950.00 | $0.00 | | $220,097.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10    Current Projected Date of Final Report (TFR): 03/30/12

/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 07/23/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/09 | 1 | Barrister Title Escrow<br>15000 S. Cicero Ave<br>Oak Forest IL 60452 | proceeds of sale of 329 Clubhouse | | 15,560.04 | | 15,560.04 |
| | | CITIMORTGAGE | Memo Amount:  ( 167,385.50 )<br>Mortgage payoff | 4110-000 | | | |
| | | REMAX ALL PRO | Memo Amount:  ( 2,500.00 )<br>deposit for repairs held by broker | 2500-000 | | | |
| | | | Memo Amount:  ( 3,194.12 )<br>2009 real estate tax proration | 2820-000 | | | |
| | | REMAX ALL PRO | Memo Amount:  ( 10,700.00 )<br>real estate commission | 3510-000 | | | |
| | | | Memo Amount:  ( 75.00 )<br>title policy update | 2500-000 | | | |
| | | DUFFY, MCCARTHY | Memo Amount:  ( 500.00 )<br>ATTORNEY FEES | 2500-000 | | | |
| | | BARRISTER TITLE INSURANCE | Memo Amount:  ( 1,155.00 )<br>Title Insurance | 2500-000 | | | |
| | | TITEL, BARRISTER | Memo Amount:  ( 70.00 )<br>preparing payoof and overnight gee | 2500-000 | | | |
| | | BARRISTER TITLE | Memo Amount:  ( 40.00 )<br>email processing | 2500-000 | | | |
| | | BARRISTER TITLE | Memo Amount:  ( 73.00 )<br>recording fees | 2500-000 | | | |
| | | BARRISTER TITLE | Memo Amount:  ( 110.00 )<br>Transfer stamps- city & county | 2820-000 | | | |
| | | BARRISTER TITLE | Memo Amount:  ( 220.00 )<br>State transfer taxes | 2820-000 | | | |
| | | BARRISTER TITLE | Memo Amount:  ( 75.00 ) | 2500-000 | | | |

Page Subtotals         15,560.04         0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BARRISTER TITLE | Tax service fee<br>   Memo Amount:     (    2,403.33 ) | 2820-000 | | | |
| | | BARRISTER TITLE | 2008 real estate taxes<br>   Memo Amount:     (        3.00 ) | 2500-000 | | | |
| | | JORDAN INSURANCE | State of IL Policy fee<br>   Memo Amount:     (       25.00 ) | 2500-000 | | | |
| | | HOA, BLOOMFIELD CLUB | Insurance certificate<br>   Memo Amount:     (      440.00 ) | 4120-000 | | | |
| | | BARRISTER TITLE | Past due homeowners ass'n dues<br>   Memo Amount:      220,000.00 | 1110-000 | | | |
| | | BOSCO, RYAN | proceeds of sale<br>   Memo Amount:     (   15,560.04 ) | 8500-000 | | | |
| | | HOMEOWNERS: ASSOCIATION | 1/2 TO JOINT OWNER<br>   Memo Amount:          89.03 | 1110-000 | | | |
| 09/08/09 | 000101 | Fed Ex<br>P.O. Box 94515<br>Palatine IL 60094 | association dues-credit<br>delivery of court papers | 2990-000 | | 16.76 | 15,543.28 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 15,543.35 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,543.74 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,544.13 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,544.53 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,544.92 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 15,545.28 |
| 03/06/10 | 000102 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 13.20 | 15,532.08 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,532.48 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,532.86 |

Page Subtotals        2.78         29.96

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,533.25 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,533.64 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,534.03 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,534.43 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,534.81 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,535.20 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,535.59 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,535.99 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,536.39 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,536.51 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,536.64 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,536.76 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,536.90 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,537.03 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,537.15 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,537.29 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,537.42 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,537.55 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.79 | 15,517.76 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,517.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.13 | 15,498.76 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,498.89 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.11 | 15,479.78 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,479.92 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.30 | 15,459.62 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,459.74 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.37 | 15,441.37 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,441.50 |

Page Subtotals      5.34      96.70

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.99 | 15,422.51 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,422.64 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,422.77 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,422.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 220,089.03 | COLUMN TOTALS | | 15,568.54 | 145.65 | 15,422.89 |
| Memo Allocation Disbursements: | 204,528.99 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 15,568.54 | 145.65 | |
| Memo Allocation Net: | 15,560.04 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 15,568.54 | 145.65 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 220,089.03 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 204,528.99 | Money Market - Interest Bearing - ********7844 | 15,568.54 | 145.65 | 15,422.89 |
| Total Memo Allocation Net: | 15,560.04 | | 15,568.54 | 145.65 | 15,422.89 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 07/23/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals     0.38     18.99

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33356
Case Name: BOSCO, EMANUEL JOHN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

  Balance on hand                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Arbitration Assoc. | $ | $ | $ |
| 000002 | Kite Silver Glen, LLC | $ | $ | $ |
| 000003 | Taubman Landlords | $ | $ | $ |
| 5 | eCAST Settlement Corp | $ | $ | $ |
| 6 | Chase Bank USA | $ | $ | $ |
| 7 | Life is Good | $ | $ | $ |
| 8 | Lenox | $ | $ | $ |
| 9 | Cby Styles Inc. | $ | $ | $ |
| 10 | Transpac | $ | $ | $ |
| 11 | Lang | $ | $ | $ |
| 12 | Park Design | $ | $ | $ |
| 13 | Kite Silver Glen LLC | $ | $ | $ |
| 14 | Lenox Group Inc. /Dept 56 | $ | $ | $ |
| 15 | Fia Card Services/Bank of America | $ | $ | $ |
| 16 | Ganz | $ | $ | $ |
| 17 | Demdaco | $ | $ | $ |
| 18 | Nicor Gas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Amscan | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE