# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSCO, EMANUEL JOHN | § | Case No. 08-33356 |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-33356 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | | Date Filed (f) or Converted (c): | 12/05/08 (f) |
| | | | | 341(a) Meeting Date: | 01/06/09 |
| For Period Ending: | 07/25/12 | | | Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 268,000.00 | 0.00 | | 220,089.03 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.50 | Unknown |
| 3. REAL PROPERTY | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1993 FORD | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 1998 WAVE RUNNER | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. PONTOON BOAT | 250.00 | 0.00 | DA | 0.00 | FA |
| 10. LAPTOP COMPUTER | 400.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $593,950.00    $0.00    $220,097.53    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10    Current Projected Date of Final Report (TFR): 03/30/12

/s/    BRENDA PORTER HELMS, TRUSTEE
_____  Date: 07/25/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-33356 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 |  |  |
| For Period Ending: | 07/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/03/09 | 1 | Barrister Title Escrow<br>15000 S. Cicero Ave<br>Oak Forest IL 60452 | proceeds of sale of 329 Clubhouse |  | 15,560.04 |  | 15,560.04 |
|  |  | CITIMORTGAGE | Memo Amount:     (    167,385.50 )<br>Mortgage payoff | 4110-000 |  |  |  |
|  |  | REMAX ALL PRO | Memo Amount:     (    2,500.00 )<br>deposit for repairs held by broker | 2500-000 |  |  |  |
|  |  |  | Memo Amount:     (    3,194.12 )<br>2009 real estate tax proration | 2820-000 |  |  |  |
|  |  | REMAX ALL PRO | Memo Amount:     (    10,700.00 )<br>real estate commission | 3510-000 |  |  |  |
|  |  |  | Memo Amount:     (    75.00 )<br>title policy update | 2500-000 |  |  |  |
|  |  | DUFFY, MCCARTHY | Memo Amount:     (    500.00 )<br>ATTORNEY FEES | 2500-000 |  |  |  |
|  |  | BARRISTER TITLE INSURANCE | Memo Amount:     (    1,155.00 )<br>Title Insurance | 2500-000 |  |  |  |
|  |  | TITEL, BARRISTER | Memo Amount:     (    70.00 )<br>preparing payoof and overnight gee | 2500-000 |  |  |  |
|  |  | BARRISTER TITLE | Memo Amount:     (    40.00 )<br>email processing | 2500-000 |  |  |  |
|  |  | BARRISTER TITLE | Memo Amount:     (    73.00 )<br>recording fees | 2500-000 |  |  |  |
|  |  | BARRISTER TITLE | Memo Amount:     (    110.00 )<br>Transfer stamps- city & county | 2820-000 |  |  |  |
|  |  | BARRISTER TITLE | Memo Amount:     (    220.00 )<br>State transfer taxes | 2820-000 |  |  |  |
|  |  | BARRISTER TITLE | Memo Amount:     (    75.00 ) | 2500-000 |  |  |  |

Page Subtotals        15,560.04        0.00

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 08-33356 -SQU |
| Case Name: | BOSCO, EMANUEL JOHN |
| Taxpayer ID No: | *******0694 |
| For Period Ending: | 07/25/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BARRISTER TITLE | Tax service fee<br>    Memo Amount:    ( 2,403.33 )<br>2008 real estate taxes | 2820-000 | | | |
| | | BARRISTER TITLE | Memo Amount:    ( 3.00 )<br>State of IL Policy fee | 2500-000 | | | |
| | | JORDAN INSURANCE | Memo Amount:    ( 25.00 )<br>Insurance certificate | 2500-000 | | | |
| | | HOA, BLOOMFIELD CLUB | Memo Amount:    ( 440.00 )<br>Past due homeowners ass'n dues | 4120-000 | | | |
| | | BARRISTER TITLE | Memo Amount:    220,000.00<br>proceeds of sale | 1110-000 | | | |
| | | BOSCO, RYAN | Memo Amount:    ( 15,560.04 )<br>1/2 TO JOINT OWNER | 8500-000 | | | |
| | | HOMEOWNERS: ASSOCIATION | Memo Amount:    89.03<br>association dues-credit | 1110-000 | | | |
| 09/08/09 | 000101 | Fed Ex<br>P.O. Box 94515<br>Palatine IL 60094 | delivery of court papers | 2990-000 | | 16.76 | 15,543.28 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 15,543.35 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,543.74 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,544.13 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,544.53 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,544.92 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 15,545.28 |
| 03/06/10 | 000102 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 13.20 | 15,532.08 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,532.48 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,532.86 |

Page Subtotals        2.78        29.96

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,533.25 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,533.64 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,534.03 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,534.43 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,534.81 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,535.20 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,535.59 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,535.99 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,536.39 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,536.51 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,536.64 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,536.76 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,536.90 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,537.03 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,537.15 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,537.29 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,537.42 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,537.55 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.79 | 15,517.76 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,517.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.13 | 15,498.76 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,498.89 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.11 | 15,479.78 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,479.92 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.30 | 15,459.62 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,459.74 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.37 | 15,441.37 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,441.50 |

Page Subtotals     5.34     96.70

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-33356 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7844 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.99 | 15,422.51 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,422.64 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,422.77 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,422.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 220,089.03 | COLUMN TOTALS | | 15,568.54 | 145.65 | 15,422.89 |
| | Memo Allocation Disbursements: | 204,528.99 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,568.54 | 145.65 | |
| | Memo Allocation Net: | 15,560.04 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,568.54 | 145.65 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 220,089.03 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 204,528.99 | Money Market - Interest Bearing - ********7844 | | 15,568.54 | 145.65 | 15,422.89 |
| | Total Memo Allocation Net: | 15,560.04 | | | 15,568.54 | 145.65 | 15,422.89 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 07/25/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.38        18.99

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 16.06b

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33356
Case Name: BOSCO, EMANUEL JOHN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Arbitration Assoc. | $ | $ | $ |
| 000003 | Taubman Landlords | $ | $ | $ |
| 5 | eCAST Settlement Corp | $ | $ | $ |
| 6 | Chase Bank USA | $ | $ | $ |
| 7 | Life is Good | $ | $ | $ |
| 8 | Lenox | $ | $ | $ |
| 9 | Cby Styles Inc. | $ | $ | $ |
| 10 | Transpac | $ | $ | $ |
| 11 | Lang | $ | $ | $ |
| 12 | Park Design | $ | $ | $ |
| 13 | Kite Silver Glen LLC | $ | $ | $ |
| 14 | Lenox Group Inc. /Dept 56 | $ | $ | $ |
| 15 | Fia Card Services/Bank of America | $ | $ | $ |
| 16 | Ganz | $ | $ | $ |
| 17 | Demdaco | $ | $ | $ |
| 18 | Nicor Gas | $ | $ | $ |
| 19 | Amscan | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE