# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
BOSCO, EMANUEL JOHN                        §        Case No. 08-33356
                                          §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk, United States Bankruptcy Court | | | |
| Ryan Bosco | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage | | | | | |
| | First American Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank | | | | | |
| | CITIMORTGAGE | | | | | |
| | HOA, BLOOMFIELD CLUB | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENAD PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE INSURANCE | | | | | |
| DUFFY, MCCARTHY | | | | | |
| JORDAN INSURANCE | | | | | |
| REMAX ALL PRO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TITEL, BARRISTER | | | | | |
| title policy update | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| 2009 real estate tax proration | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE | | | | | |
| BARRISTER TITLE | | | | | |
| EX, FED | | | | | |
| REMAX ALL PRO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Amega | | | | | |
| | AT&T | | | | | |
| | AT&T | | | | | |
| | Accounts Receivable Management | | | | | |
| | Actionbag | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate | | | | | |
| | Aromatique | | | | | |
| | Atwell Curtis & Brooks | | | | | |
| | Bank of America | | | | | |
| | Beneficial National Bank | | | | | |
| | Biehl & Biehl | | | | | |
| | Bilateral Credit Corp. | | | | | |
| | Boston Warehouse | | | | | |
| | Bouquet & Co. | | | | | |
| | Brown & Joseph | | | | | |
| | Butler Robbins & White | | | | | |
| | Byrd Cookie co. | | | | | |
| | Caffco | | | | | |
| | Cape Code Polish Co. | | | | | |
| | Capital One | | | | | |
| | Capital One | | | | | |
| | Cardmember Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Services | | | | | |
| | Cardmember Services | | | | | |
| | Cardmember Services | | | | | |
| | Century Marketing | | | | | |
| | Certified International | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Chrysler Financial | | | | | |
| | Citcards | | | | | |
| | Citibusiness Card | | | | | |
| | Clovis & Roche | | | | | |
| | Coface Collections | | | | | |
| | ComEd | | | | | |
| | Commercial Collectors | | | | | |
| | Crossroads Orig. Design | | | | | |
| | Delgado Bros. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Transp. Serv | | | | | |
| | Evergreen Enterprises | | | | | |
| | Fed Ex | | | | | |
| | Fenton | | | | | |
| | Gallery Marketing | | | | | |
| | Giftcraft Ltd. | | | | | |
| | Global Amici | | | | | |
| | Gourmet Village | | | | | |
| | HIstory & Heraldry | | | | | |
| | Highland Graphics | | | | | |
| | Homeart | | | | | |
| | Honey | | | | | |
| | Household Bank | | | | | |
| | International Credit | | | | | |
| | Isabel Bloom LLC | | | | | |
| | JMH & Assoc. | | | | | |
| | Johnson Morgan & White | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jordan Patke | | | | | |
| | Lathrop & Gage | | | | | |
| | Leegin | | | | | |
| | Lifeguard Press | | | | | |
| | Lladro | | | | | |
| | Lyon Collection | | | | | |
| | Madison & Mitchell | | | | | |
| | Magnolia Lane | | | | | |
| | Marquis Publish | | | | | |
| | Matrix | | | | | |
| | Mcmahon & Sigunick | | | | | |
| | Mud Pie | | | | | |
| | NCO FInancial | | | | | |
| | NEF Capital | | | | | |
| | NW News Group | | | | | |
| | Nora Fleming | | | | | |
| | Nordstram Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Olympic Signs | | | | | |
| | Pearlessence | | | | | |
| | Pictura | | | | | |
| | Raz Imports | | | | | |
| | Receivable Management Serv | | | | | |
| | Repaire Service Elect | | | | | |
| | Rhapisody Candles and Gifts | | | | | |
| | Ricardo Bev. Hills | | | | | |
| | Roman | | | | | |
| | Sassy Woods | | | | | |
| | Statford Square LP | | | | | |
| | Stuart Allen & Assoc. | | | | | |
| | Suburb Chicago News | | | | | |
| | Suburban packing | | | | | |
| | Tara Mterials | | | | | |
| | The Boyds Collection | | | | | |
| | The Designs | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thomas Kinkade Co. | | | | | |
| | Vera Bradley | | | | | |
| | Village of S. Elgin | | | | | |
| | Vintage Verandah | | | | | |
| | Viva Ent. | | | | | |
| | Waste Managemen | | | | | |
| | Waterford Wedgewood | | | | | |
| | Wind & Willow | | | | | |
| 000001 | AMERICAN ARBITRATION ASSOC. | | | | | |
| 19 | AMSCAN | | | | | |
| 6 | CHASE BANK USA | | | | | |
| 17 | DEMDACO | | | | | |
| 12 | DESIGN, PARK | | | | | |
| 5 | ECAST SETTLEMENT CORP | | | | | |
| 15 | FIA CARD SERVICES/BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | GANZ | | | | | |
| 18 | GAS, NICOR | | | | | |
| 7 | GOOD, LIFE IS | | | | | |
| 9 | INC. | | | | | |
| 13 | KITE SILVER GLEN LLC | | | | | |
| 000002 | KITE SILVER GLEN, LLC | | | | | |
| 11 | LANG | | | | | |
| 14 | LENOX GROUP INC. /DEPT 56 | | | | | |
| 000003 | TAUBMAN LANDLORDS | | | | | |
| 000004 | TAUBMAN LANDLORDS | | | | | |
| 10 | TRANSPAC | | | | | |
| 8 | LENOX | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:           08-33356          Judge: DONALD R. CASSLING

Case Name:      BOSCO, EMANUEL JOHN

For Period Ending:  07/11/13

Trustee Name:          BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c):   12/05/08 (f)
341(a) Meeting Date:      01/06/09
Claims Bar Date:          04/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 268,000.00 | 0.00 | | 220,089.03 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.70 | Unknown |
| 3. REAL PROPERTY | 320,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7. 1993 FORD | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 1998WAVE RUNNER | 500.00 | 0.00 | | 0.00 | FA |
| 9. PONTOON BOAT | 250.00 | 0.00 | | 0.00 | FA |
| 10. LAPTOP COMPUTER | 400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $593,950.00          $0.00          $220,097.73          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/30/10          Current Projected Date of Final Report (TFR): 03/30/12

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33356 -CAS |
| Case Name: | BOSCO, EMANUEL JOHN |
| | |
| Taxpayer ID No: | *******0694 |
| For Period Ending: | 07/11/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1442  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 01/18/13 | | Bank of America | transfer of funds | 639.49 | | | | | 639.49 |
| 06/07/13 | 010001 | Clerk, United States Bankruptcy Court | unclaimed funds | | | 639.49 | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| | | |
| Memo Allocation Net: | 0.00 | |

| Account  *******1442 | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 639.49 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $    639.49 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $    639.49 |

| | | |
|---|---|---|
| 1 | Checks | 639.49 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $    639.49 |

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33356 -CAS |
| Case Name: | BOSCO, EMANUEL JOHN |
| Taxpayer ID No: | *******0694 |
| For Period Ending: | 07/11/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/03/09 | | Barrister Title Escrow<br>15000 S. Cicero Ave<br>Oak Forest IL 60452 | proceeds of sale of 329 Clubhouse | 15,560.04 | | | | | 15,560.04 |
| 09/03/09 | 1 | Asset Sales Memo:<br>CITIMORTGAGE | REAL PROPERTY  $220,089.03<br>    Memo Amount:     (   167,385.50 )<br>Mortgage payoff | | | | | | 15,560.04 |
| | | REMAX ALL PRO | Memo Amount:     (     2,500.00 )<br>deposit for repairs held by broker | | | | | | |
| | | | Memo Amount:     (     3,194.12 )<br>2009 real estate tax proration | | | | | | |
| | | REMAX ALL PRO | Memo Amount:     (   10,700.00 )<br>real estate commission | | | | | | |
| | | | Memo Amount:     (        75.00 )<br>title policy update | | | | | | |
| | | DUFFY, MCCARTHY | Memo Amount:     (      500.00 )<br>ATTORNEY FEES | | | | | | |
| | | BARRISTER TITLE INSURANCE | Memo Amount:     (     1,155.00 )<br>Title Insurance | | | | | | |
| | | TITEL, BARRISTER | Memo Amount:     (        70.00 )<br>preparing payoof and overnight gee | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (        40.00 )<br>email processing | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (        73.00 )<br>recording fees | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (      110.00 )<br>Transfer stamps- city & county | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (      220.00 )<br>State transfer taxes | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (        75.00 )<br>Tax service fee | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     (     2,403.33 ) | | | | | | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.02e

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33356  -CAS |
| Case Name: | BOSCO, EMANUEL JOHN |
| Taxpayer ID No: | *******0694 |
| For Period Ending: | 07/11/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | 2008 real estate taxes | | | | | | |
| | | BARRISTER TITLE | Memo Amount:    (        3.00 ) | | | | | | |
| | | | State of IL Policy fee | | | | | | |
| | | JORDAN INSURANCE | Memo Amount:    (       25.00 ) | | | | | | |
| | | | Insurance certificate | | | | | | |
| | | HOA, BLOOMFIELD CLUB | Memo Amount:    (      440.00 ) | | | | | | |
| | | | Past due homeowners ass'n dues | | | | | | |
| | | BARRISTER TITLE | Memo Amount:     220,000.00 | | | | | | |
| | | | proceeds of sale | | | | | | |
| | | BOSCO, RYAN | Memo Amount:    (   15,560.04 ) | | | | | | |
| | | | 1/2 TO JOINT OWNER | | | | | | |
| | | HOMEOWNERS: ASSOCIATION | Memo Amount:        89.03 | | | | | | |
| | | | association dues-credit | | | | | | |
| 09/08/09 | 000101 | Fed Ex<br>P.O. Box 94515<br>Palatine IL 60094 | delivery of court papers | | | 16.76 | | | 15,543.28 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.07 | | | | 15,543.35 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,543.74 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,544.13 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 15,544.53 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,544.92 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.36 | | | | 15,545.28 |
| 03/06/10 | 000102 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | | | 13.20 | | | 15,532.08 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 15,532.48 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.38 | | | | 15,532.86 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,533.25 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,533.64 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,534.03 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 15,534.43 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33356 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.38 | | | | 15,534.81 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,535.20 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.39 | | | | 15,535.59 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 15,535.99 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.40 | | | | 15,536.39 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,536.51 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,536.64 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,536.76 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.14 | | | | 15,536.90 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,537.03 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,537.15 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.14 | | | | 15,537.29 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,537.42 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,537.55 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.79 | | 15,517.76 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,517.89 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.13 | | 15,498.76 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,498.89 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.11 | | 15,479.78 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.14 | | | | 15,479.92 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -20.30 | | 15,459.62 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,459.74 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -18.37 | | 15,441.37 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,441.50 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -18.99 | | 15,422.51 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,422.64 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,422.77 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,422.89 |
| 07/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,423.02 |
| 08/17/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.07 | | | | 15,423.09 |

LFORM2XT

Ver: 17.02e

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33356 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSCO, EMANUEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7844  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0694 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/17/12 | | Transfer to Acct #*******8646 | Final Posting Transfer | | | | | -15,423.09 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Account  *******7844 | Balance Forward | 0.00 | | |
| Memo Allocation Receipts: | 220,089.03 | 1 | Deposits | 15,560.04 | 2  Checks | 29.96 |
| Memo Allocation Disbursements: | 204,528.99 | 36 | Interest Postings | 8.70 | 6  Adjustments Out | 115.69 |
| | | | | | 1  Transfers Out | 15,423.09 |
| Memo Allocation Net: | 15,560.04 | | Subtotal | $ 15,568.74 | | |
| | | | | | Total | $ 15,568.74 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 0 | Transfers In | 0.00 | | |
| | | | Total | $ 15,568.74 | | |

FORM 2                                                                                      Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                           Exhibit 9

| Case No: | 08-33356 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8646 Checking - Non Interest |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #*******7844 | Transfer In From MMA Account | | | | | 15,423.09 | 15,423.09 |
| 08/17/12 | 001001 | Brenda Porter Helms | TRUSTEE FEE | | | 2,306.83 | | | 13,116.26 |
| 08/17/12 | 001002 | Brenad Porter Helms | trustee expenses | | | 49.72 | | | 13,066.54 |
| 08/17/12 | 001003 | American Arbitration Assoc. 1633 Broadway 10th Floor New York, NY 10019 | | | | 39.33 | | | 13,027.21 |
| 08/17/12 | 001004 | Taubman Landlords c/o The Taubman Company Attn. Andrew S. Conway 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304 | Final Distribution | | | 1,373.42 | | | 11,653.79 |
| 08/17/12 | 001005 | eCAST Settlement Corp of HSBC Bank Nevada P.O. Box 35480 Newark NJ 07193 | Final Distribution | | | 129.35 | | | 11,524.44 |
| 08/17/12 | 001006 | Chase Bank USA P.O. Box 15145 Wilmington DE 19850 | Final Distribution | | | 137.58 | | | 11,386.86 |
| 08/17/12 | 001007 | Life is Good 15 Hudson Park Dr Hudson Park NH 03051 | Final Distribution | | | 106.42 | | | 11,280.44 |
| * 08/17/12 | 001008 | Lenox P.O. Box 930548 Atlanta GA 31193 | Final Distribution | | | 639.49 | | | 10,640.95 |
| 08/17/12 | 001009 | Cby Styles Inc. p.O. Box 143 Union City TN 3826 | Final Distribution | | | 10.30 | | | 10,630.65 |
| 08/17/12 | 001010 | Transpac 1050 Pper Drive Vacaville CA 95688 | Final Distribution | | | 10.26 | | | 10,620.39 |
| 08/17/12 | 001011 | Lang c/o Pefect Timing | Final Distribution | | | 5.44 | | | 10,614.95 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Ver: 17.02e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 08-33356 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSCO, EMANUEL JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8646  Checking - Non Interest |
| Taxpayer ID No: | *******0694 | | | |
| For Period Ending: | 07/11/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | P.O. Box 1605 Waukesha WI 53187 | | | | | | | |
| 08/17/12 | 001012 | Park Design P.O. Box 10038 Goldsboro NC 27532 | Final Distribution | | | 13.18 | | | 10,601.77 |
| 08/17/12 | 001013 | Kite Silver Glen LLC 30 S. Meridian St. #1100 Indianapolis IN 46204 | Final Distribution | | | 8,753.69 | | | 1,848.08 |
| 08/17/12 | 001014 | Lenox Group Inc. /Dept 56 c/o McMahan & Sigunick Ltd 412 S. Wells St  6th Floor Chicago IL 60607 | Final Distribution | | | 712.35 | | | 1,135.73 |
| 08/17/12 | 001015 | Fia Card Services/Bank of America by American Infosource Lp, Agent P.O. Box 248809 Oklahoma City OK 73124 | Final Distribution | | | 875.53 | | | 260.20 |
| 08/17/12 | 001016 | Ganz 60 Industrial Pkwy #043 Chkeetowaga NY 14227 | Final Distribution | | | 213.10 | | | 47.10 |
| 08/17/12 | 001017 | Demdaco P.O. Box 803314 Kansas City MO 64180 | Final Distribution | | | 5.86 | | | 41.24 |
| 08/17/12 | 001018 | Nicor Gas P.O,. Box 549 Aurora IL 60507 | Final Distribution | | | 3.30 | | | 37.94 |
| 08/17/12 | 001019 | Amscan 80 Grasslands Road Elmsford NY 10523 | | | | 37.94 | | | 0.00 |
| * 04/17/13 | 001008 | Lenox P.O. Box 930548 Atlanta GA 31193 | Final Distribution | | | -639.49 | | | 639.49 |
| 04/17/13 | 001020 | United States Bankruptcy Court IL | Final Distribution | | | 639.49 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Ver: 17.02e

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33356 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSCO, EMANUEL JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8646 Checking - Non Interest |
| Taxpayer ID No: | *******0694 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

Account  *******8646

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 21 | Checks | 15,423.09 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $   0.00 | | | |
| | | | | Total | $   15,423.09 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 15,423.09 | | | |
| | Total | $   15,423.09 | | | |

| | | |
|---|---|---|
| Total Allocation Receipts: | 220,089.03 | |
| Total Allocation Disbursements: | 204,528.99 | |
| Total Memo Allocation Net: | 15,560.04 | |

Report Totals

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 16,199.53 | 24 | Checks | 16,092.54 |
| 36 | Interest Postings | 8.70 | 6 | Adjustments Out | 115.69 |
| | | | 1 | Transfers Out | 15,423.09 |
| | Subtotal | $   16,208.23 | | | |
| | | | | Total | $   31,631.32 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 15,423.09 | | | |
| | Total | $   31,631.32 | Net Total Balance | $   0.00 | |

/s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 07/11/13
BRENDA PORTER HELMS, TRUSTEE